Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. LEUNG, MD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00767-W-JLB<br><br>**DECLARATION OF KEIKO J. KOJIMA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSE BY DEFENDANT TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET NO. 3)**<br><br>Magistrate Judge Jill L. Burkhardt |

　　　　I, Keiko J. Kojima, hereby declare as follows:

　　　　1.　　I am an attorney at law, licensed to practice before all the Courts in the State of California, including this Honorable Court. I am a Partner with the firm of Burke, Williams & Sorensen, LLP, attorneys of record for Defendant Unum Life Insurance Company of America ("Unum"). I have personal and firsthand knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently to them.

　　　　2.　　Attached hereto as Exhibit "A" is a true copy of Philip Lahey, M.D.'s On-Site Physician ("OSP") review, dated November 11, 2020, which is attached as

Exhibit "13" to the transcript of the deposition of Adam Stimson, taken on November 29, 2022 ("Stimson Deposition").

3. Attached hereto as Exhibit "B" is a true copy of Steven Milos, M.D.'s Designated Medical Officer (DMO) Review Response, dated December 7, 2020, which is attached as Exhibit "18" to the Stimson Deposition.

4. Attached hereto as Exhibit "C" is a true copy of Philip Lahey, M.D.'s Addendum, dated February 20, 2021, which is attached as Exhibit "14" to the Stimson Deposition.

5. Attached hereto as Exhibit "D" is a true copy of Steven Milos, M.D.'s Designated Medical Officer (DMO) Review Response, dated February 23, 2021, which is attached as Exhibit "19" to the Stimson Deposition.

6. Attached hereto as Exhibit "E" is a true copy of Marvin Friedlander, M.D.'s Paper Independent Medical Exam (IME) Review Response, dated May 28, 2021, which is attached as Exhibit "21" to the Stimson Deposition.

7. Attached hereto as Exhibit "F" is a true copy of Marvin Friedlander, M.D.'s Paper Independent Medical Exam (IME) Review Response, dated September 16, 2021, which is attached as Exhibit "37" to the deposition transcript of Shannon Cartier, taken on November 30, 2022.

8. Attached hereto as Exhibit "G" are relevant excerpts from the transcript of the deposition of Adam Stimson, taken on November 29, 2022.

9. Attached hereto as Exhibit "H" are relevant excerpts from the transcript of the deposition of Shannon Cartier, taken on November 30, 2022

10. Attached hereto as Exhibit "I" are relevant excerpts from the transcript of the deposition of Marvin Friedlander, M.D., taken on December 8, 2022.

11. Plaintiff has taken the depositions of Unum's Lead Benefit Specialist Adam Stimson and Lead Appeal Specialist Shannon Cartier, the orthopedic surgeon, Philip Lahey, M.D., who performed the on-site physician review for the claim, as well as the physicians referred by Dane Street for the reviews on his

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4879-8563-5406 v1 - 2 - DECLARATION OF KEIKO J. KOJIMA ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSE

1 claim, neurosurgeon Marvin Friedlander, M.D. and orthopedic surgeon Steven Milos, M.D. Unum also provided the Dane Street invoices for the work performed on Leung's claim [LEUNG_RFP52_0001 through 0004] as well as Dane Street contract documents [LEUNG-RFP50-0001 through 0082] under the parties' protective order. Plaintiff has also noticed the deposition of Dane Street's 30(b)(6) witness.

12. The parties met and conferred regarding Plaintiff's Requests for Production (Set Three) pursuant to the Local Rule 26.1 and this Court's standing order, which included conducting informal conferences with the Court. While the parties were able resolve certain items for this discovery set, the parties' dispute remains as to Requests for Production Nos. 53 and 54.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2023, at Los Angeles, California.

*/s/ Keiko J. Kojima*
Keiko J. Kojima