# EXHIBIT 1

## Nichole Podgurski

**From:** Eric Hatfield, J.D., M.B.A. <ehatfield@danestreet.com>
**Sent:** Thursday, December 8, 2022 2:45 PM
**To:** Nichole Podgurski
**Subject:** Productions for RFP 8 and RFP 13

Hi Nichole. Please accept the following data as productions for items 8 and 13 in your October 10, 2022 Request for Production:

**RFP 8** - "All DOCUMENTS that indicate the number of times that YOU hired Marvin Friedlander, M.D. to provide any services related to DEFENDANT'S insured(s), including, but not limited to, DR. LEUNG, from 2018-2021."

Dr. Friedlander performed reviews for **two (2)** referrals from Dane Street related to Unum insureds between 2018 and 2021.

**RFP 13** - "All DOCUMENTS that indicate the number of times that YOU hired Steven Milos, M.D. to provide any services related to DEFENDANT'S insured(s), including, but not limited to, DR. LEUNG, from 2018-2021."

Dr. Milos performed reviews for **739** referrals from Dane Street related to Unum insureds between 2018 and 2021.

--




Eric Hatfield, J.D., M.B.A. | Director of Legal, Compliance, and Regulatory Affairs
**DANE STREET**
ehatfield@danestreet.com

1