# EXHIBIT 2

| | |
|---|---|
| 1 | MICHAEL B. HORROW (SBN 162917) |
| 2 | NICHOLE D. PODGURSKI (SBN 251240) |
|   | DONAHUE & HORROW, LLP |
|   | 1960 E. Grand Ave., Suite 1215 |
|   | El Segundo, California 90245 |
|   | Telephone: (310) 322-0300 |
|   | Facsimile: (310) 322-0302 |
|   | Email: mhorrow@donahuehorrow.com |
|   | Email: npodgurski@donahuehorrow.com |

Attorneys for Plaintiff, RICHARD J. LEUNG, MD

# UNITES STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. LEUNG, MD | CASE NO.: 3:22-cv-00767-W-JLB |
| Plaintiff, | |
| vs. | **PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA (SET FOUR)** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive, | |
| Defendants. | |

PROPOUNDING PARTY:  Plaintiff RICHARD J. LEUNG, MD

RESPONDING PARTY:  Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA

SET NUMBER:  FOUR (4)

TO THE DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA AND TO ITS ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 34, Plaintiff, RICHARD J. LEUNG, MD, hereby formally demands production and inspection of the following documents at the office of Donahue & Horrow, LLP located at 1960 E. Grand Ave.,

– 1 –

1  Suite 1215, El Segundo, California 90245 within thirty (30) days of the date of service
2  of this demand, or at such other time and place as is agreed upon by counsel.

3  The manner of inspection shall be personal inspection including the copying or photographing by or on behalf of the Defendant of the below-mentioned documents, and other tangible things. If you withhold any documents requested because you claim a privilege, state the privilege claimed for each and every document, describe each document by its author, describe the name and occupation of the author, describe the name and occupation of each recipient, date of issuance, who, if anyone, received a copy of the document, and its general subject matter, including a brief description of the nature and context. Please number the documents produced sequentially to conform to the order in which the documents are maintained in your files.

A personal appearance by Defendant and/or its counsel is not required if Defendant will submit copies of the documents described below with its verification, executed under penalty of perjury, verifying that the copies provided are accurate and true copies of the complete records requested.

PLEASE NOTE: Federal Rules of Civil Procedure, Rule 34(b) requires two acts for compliance with this request:

1. Service of a written response under oath within 30 days; and
2. Production of documents or tangible things on or before the date of production specified above.

## **DEFINITIONS AND INSTRUCTIONS**

In answering these requests, you are required to furnish information not only within your own knowledge or obtainable by you, but any information or knowledge in the possession of or obtainable by your attorneys, investigators, adjusters, insurance carrier, representatives, agents, or anyone acting on your behalf or their behalf.

If you are unable to answer the request in full after exercising due diligence to

secure the information to do so, answer as completely as possible and then explain the reason you are unable to answer more fully, and state the name, address (business and residence), and telephone number (business and residence) of any person or persons able to supply the information or document.

If you determine that any request is not applicable, and consequently deserves no answer, state in detail why it is not applicable.

(1) As used herein, the terms "YOU", "YOUR" or "UNUM" refer to Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, and all present and former agents, divisions, subsidiaries, successors and assigns, officers, directors, employees, investigators, consultants, advisors, accountants, attorneys, and all other persons or entities acting on behalf of UNUM LIFE INSURANCE COMPANY OF AMERICA.

(2) "DR. LEUNG" refers to Plaintiff RICHARD J. LEUNG, MD.

(3) "POLICIES" and/or "POLICY" refers to Disability Income Policy Nos. LAN661286, LAD016015, LAN780636, LAN782020, and LAN782990, issued by UNUM LIFE INSURANCE COMPANY OF AMERICA to DR. LEUNG and which is the subject of this litigation.

(4) ALBERSTONE REPORT refers to the Medical Evaluation and Records Review prepared by Carey Alberstone, M.D. dated August 9, 2022 and bates labeled and produced in this matter as LEUNG00016-LEUNG00051 and produced to UNUM on August 15, 2022.

(5) As used herein, the terms "DOCUMENT(S)" and "WRITING(S)" have the same meaning and are used in the broadest possible sense. "DOCUMENT(S)" and "WRITING(S)" include all "writings," "recordings," and "photographs" as defined in Federal Rules of Evidence Rule 1001, which states "(a) "Writing" consists of letters, words, numbers, or their equivalent set down in any form; (b) A "recording" consists of letters, words, numbers, or their equivalent recorded in any manner; (c) A "photograph" means a photographic image or its

– 3 –

equivalent stored in any form." "DOCUMENT(S)" and "WRITING(S)" also include all handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored.

(6) As used herein, the term "DOCUMENTS" means each and every document, whether an original or copy, known to you or which you can locate or discover by reasonably diligent effort, within your custody, possession or control, or the custody, possession or control of your present or former attorneys, accountants, insurance carriers, representatives, employees and/or agents.

(7) If the responding party objects to the demand for inspection of an item or category of item, the response shall:

 a. identify with particularity any document, communication, or tangible thing falling within any category of item in the demand to which an objection is being made, and
 b. set forth clearly the extent of, and the specific ground for, the objection.

If an objection is based on a claim of privilege, the particular privilege invoked shall be stated.

## DOCUMENTS REQUESTED

The following designated items for discovery and production pertain to the POLICIES (Disability Income Policy Nos. LAN661286, LAD016015, LAN780636, LAN782020, and LAN782990) issued to DR. LEUNG by UNUM LIFE INSURANCE COMPANY OF AMERICA.

55.

– 4 –

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA (SET FOUR)

56.

57.

58. Produce UNUM's Quality Assurance Tool as identified in the Statement of Work between Dane Street, LLC and UNUM (At LEUNG-RFP50-002, paragraph 1.11) in effect in 2020 to the present.

59. Produce UNUM's Quality Assurance Standards to Dane Street as identified in the Statement of Work between Dane Street, LLC and UNUM in effect from 2020 to the present (At LEUNG-RFP50-003).

60.

61.

62.

63.

64.

65.

66.

67. Produce all monthly monitoring reports between May 2020 and January 2022 as identified in the Statement of Work (SOW) for Dedicated Medical Officer Review Services between Dane Street, LLC and UNUM.

68. Produce all issues and Outcome Reports between May 2020 and Jan 2022 as identified in the Statement of Work (SOW) for Dedicated Medical Officer Review Services between Dane Street, LLC and UNUM.

69.

70.

71.

72.

73.

74.

75.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA (SET FOUR)

76. Produce all UNUM Companies Supplier Reports between Dane Street and UNUM as identified in the Statement of Work (SOW) for Dedicated Medical Officer Review Services between Dane Street, LLC and UNUM.

DATED: December 14, 2022                    DONAHUE & HORROW LLP

                                           */s/ Nichole D. Podgurski*
                                           MICHAEL B. HORROW
                                           NICHOLE D. PODGURSKI
                                           Attorneys for Plaintiff

# PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1960 E. Grand Avenue, Suite 1215, El Segundo, California 90245.

On December 14, 2022, I served the following document(s) described as: **PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA (SET FOUR)** on the interested parties in this action.

[X] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

<u>SEE ATTACHED SERVICE LIST</u>

**[X]** by placing [ ] the original **[X]** a true copy thereof enclosed in sealed envelopes addressed as follows: (AS INDICATED BELOW)

**[X]** <u>**BY MAIL:**</u>
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]** <u>**BY ELECTRONIC MAIL**</u>
A copy of which was sent to the email addresses listed on the Service List.

[ ] <u>**BY FEDERAL EXPRESS/OVERNIGHT MAIL:**</u>
I placed a true copy of thereof in a sealed Federal Express overnight envelope. The overnight envelope was taken to the Federal Express drop off located at 1960 E. Grand Avenue, El Segundo, CA 90245.

[ ] <u>**BY TELEFAX**</u>
A copy of which was placed on our inter-office fax machine and telefaxed to all numbers on the attached service list, after which I received a facsimile confirmation sheet indicating that all pages went through successfully.

[ ](State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[X]** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2022 at El Segundo, California.

                                                  _/s/ Crystal Ponce_
                                                  Crystal Ponce

– 8 –

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA (SET FOUR)

## SERVICE LIST
*Leung v. UNUM Life Insurance Company of America, et al.*
*Case No: 3:22-cv-00767-W-JLB*

Daniel W. Maguire
Keiko K. Kojima
dmaguire@bwslaw.com
kkojima@bwslaw.com
BURKE WILLIAMS & SORENSEN LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90245
T: (213) 236-0600
F: (213) 236-2700

*Attorneys for Defendant UNUM Life Insurance Company of America*