1  Daniel W. Maguire (SBN 120002)
   E-mail: dmaguire@bwslaw.com
2  Michael B. Bernacchi (SBN 163657)
   E-mail: mbernacchi@bwslaw.com
3  Keiko J. Kojima (SBN 206595)
   E-mail: kkojima@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA 90071-2953
   Tel: 213.236.0600      Fax: 213.236.2700
6
   Attorneys for Defendant
7  Unum Life Insurance Company of America

8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  RICHARD J. LEUNG, MD,                  Case No. 3:22-cv-00767-W-JLB

13            Plaintiff,                   **DECLARATION OF KEIKO J.
                                           KOJIMA IN SUPPORT OF
14  v.                                     OPPOSITION TO PLAINTIFF'S
                                           MOTION TO COMPEL FURTHER
15  UNUM LIFE INSURANCE                    RESPONSE BY DEFENDANT TO
    COMPANY OF AMERICA; and                REQUEST FOR PRODUCTION OF
16  DOES 1 to 10, inclusive,               DOCUMENTS (SET NO. 4);
                                           INTERROGATORIES (SET 2); AND
17            Defendants.                  REQUESTS FOR ADMISSION (SET
                                           1)
18
                                           Magistrate Judge Jill L. Burkhardt
19

20

21       I, Keiko J. Kojima, hereby declare as follows:

22       1.      I am an attorney at law, licensed to practice before all the Courts in the

23  State of California, including this Honorable Court. I am a Partner with the firm of

24  Burke, Williams & Sorensen, LLP, attorneys of record for Defendant Unum Life

25  Insurance Company of America ("Unum"). I have personal and firsthand

26  knowledge of the facts set forth in this declaration, and if called upon as a witness, I

27  could and would testify competently to them.

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4859-3656-8670 v1          - 1 -     DECLARATION OF KEIKO J. KOJIMA ISO
                                         DEFENDANT'S OPPOSITION TO PLAINTIFF'S
                                         MOTION TO COMPEL FURTHER RESPONSE

1    2.      Attached hereto as Exhibit "1" is a true copy of the Subpoena to

2  Produce Documents, Information, or Objects or to Permit Inspection of Premises in

3  a Civil Action served on Plaintiff's retained expert, Cary D. Alberstone, M.D. on

4  December 12, 2022.

5       3.      Attached hereto as Exhibit "2" is a true copy of Objections To

6  Defendant's Subpoena To Cary Alberstone, M.D., served by Plaintiff on December

7  29, 2022.

8       4.      Attached hereto as Exhibit "3" is a true copy of excerpts from the Rule

9  26 report from Defendant's retained expert, Debra A. Conner, J.D., that was

10  produced to Plaintiff with Defendant's expert disclosures on April 10, 2023.

11      5.      Attached hereto as Exhibit "4" is a true copy of excerpts from the Rule

12  26 report from Plaintiff's retained expert, Laura B. Parker, that was produced to

13  Defendant with Plaintiff's expert disclosures on April 10, 2023.

14

15      I declare under penalty of perjury under the laws of the United States of

16  America that the foregoing is true and correct.

17      Executed on April 19, 2023, at Los Angeles, California.

18

19                                          */s/ Keiko J. Kojima*
                                            Keiko J. Kojima
20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4859-3656-8670 v1        - 2 -        DECLARATION OF KEIKO J. KOJIMA ISO
DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL FURTHER RESPONSE