# Exhibit 2

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff, RICHARD J. LEUNG, MD

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD J. LEUNG, MD<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:22-cv-00767-W-JLB<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUBPOENA TO CARY ALBERSTONE, M.D.** |

Plaintiff RICHARD J. LEUNG, MD ("Plaintiff") objects to the subpoena issued by Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum") that seeks certain documents in which Plaintiff has a protectable interest, on the following grounds:

**GENERAL OBJECTIONS**

Plaintiff objects to the Subpoena on the basis it seeks information beyond the scope of F.R.C.P. 26(b)(1), in that it includes requests for documents and information not relevant to any party's claim or defense nor proportional to the needs of the case.

In addition to the foregoing general objections, Plaintiff asserts the following additional objections:

# DOCUMENT REQUESTS

Any and all medical records, files, reports, correspondence, itemized billing records and payment records (proof of amounts paid), communications with insurance carriers, and any and all radiological films and film breakdown, including but not limited to any x-rays, MRI's, CT Scans, Bone Scans, Nerve Conduction Studies EMGs, CT Myelograms, Diskograms, etc., whatsoever related to any care, treatment, diagnosis, prognosis, consultation and/or findings. Documents should also include but not be limited to, any and all emergency room records, nurses notes, SOAP notes, operative reports, radiology reports, pathology reports, all test and test results, medication records, physical and/or occupational therapy records, workers' compensation records, sign-in sheets, color photographs, patient information sheets, handwritten notes, transcriptions, prescriptions, telephone messages, insurance records, electronic media and any documents in the file from other health care providers, from any and all times to the present date pertaining to Richard J. Leung; DOB: 10/14/1955; SS#:XXX-XX-XXXX.

## RESPONSE REQUEST FOR PRODUCTION

Objection. This request seeks information that is neither relevant to the present action nor reasonably calculated to lead to the discovery of admissible evidence. This request is overbroad in time and/or scope, and therefore unduly burdensome, oppressive and harassing. This request violates the FRCP Rule 26(b)(3)(A) and (B) as well as FRCP Rule 26(b)(4)(A)-(E) which protects against the expert disclosures requested in the subpoena.

/ / /

/ / /

/ / /

/ / /

/ / /

– 2 –

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUBPOENA TO CARY ALBERSTONE, M.D.

Without waiving the objections, Dr. Alberstone's expert report was produced to defendant as part of Plaintiff's Second Supplemental Disclosures on August 15, 2022.

Dated:  December 29, 2022						DONAHUE & HORROW LLP


		*/s/ Nichole D. Podgurski*
		‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
		MICHAEL B. HORROW
		NICHOLE D. PODGURSKI
		Attorneys for Plaintiff

– 3 –

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUBPOENA TO CARY ALBERSTONE, M.D.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1960 E. Grand Avenue, Suite 1215, El Segundo, California 90245.

On December 29, 2022, I served the following document(s) described as: **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUBPOENA TO CARY ALBERSTONE, M.D.** on the interested parties in this action.

[X] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

## SEE ATTACHED SERVICE LIST

**[X]** by placing **[ ]** the original **[X]** a true copy thereof enclosed in sealed envelopes addressed as follows: (AS INDICATED BELOW)

**[X]** **BY MAIL:**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]** **BY ELECTRONIC MAIL**
A copy of which was sent to the email addresses listed on the Service List.

**[ ]** **BY FEDERAL EXPRESS/OVERNIGHT MAIL:**
I placed a true copy of thereof in a sealed Federal Express overnight envelope. The overnight envelope was taken to the Federal Express drop off located at 1960 E. Grand Avenue, El Segundo, CA 90245.

**[ ]** **BY TELEFAX**
A copy of which was placed on our inter-office fax machine and telefaxed to all numbers on the attached service list, after which I received a facsimile confirmation sheet indicating that all pages went through successfully.

**[ ]**(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[X]** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 29, 2022 at El Segundo, California.

*/s/ Courtney Rava*
Courtney Rava

1

**<u>SERVICE LIST</u>**
*Leung v. UNUM Life Insurance Company of America, et al.*
*Case No: 3:22-cv-00767-W-JLB*

| | |
|---|---|
| Daniel W. Maguire<br>Michael B. Bernacchi<br>Keiko K. Kojima<br>dmaguire@bwslaw.com<br>mbernacchi@bwslaw.com<br>kkojima@bwslaw.com<br>BURKE WILLIAMS & SORENSEN LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90245<br>T: (213) 236-0600<br>F: (213) 236-2700<br><br>*Attorneys for Defendant UNUM Life Insurance Company of America* | |