Daniel W. Maguire (SBN 120002)
E-mail:  dmaguire@bwslaw.com
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600 | Fax:  213.236.2700

Attorneys for Defendant Unum Life
Insurance Company of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. LEUNG, MD,<br><br>             Plaintiff,<br><br>       v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive,<br><br>             Defendant. | Case No. 3:22-cv-00767-W-JLB<br><br>**DECLARATION OF SHANNON CARTIER IN SUPPORT OF UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Motion for Summary Judgment; Declaration of Michael B. Bernacchi; and [Proposed] Judgment]*<br><br>Date: September 18, 2023<br>Ctrm: 3C |

I, Shannon Cartier, declare as follows:

1. I am an individual over the age of 18 years, and a citizen and resident of Palmer, Commonwealth of Massachusetts.  I have been employed by Unum Group for almost 17 years and my current position is Lead Appeal Specialist.  I have reviewed the file related to the disability claim submitted by Plaintiff Richard J.

1  Leung, M.D. ("Leung"), which is maintained in accordance with the normal
2  business practices of Unum Life Insurance Company of America ("Unum"). All of
3  the records referenced in my declaration are taken from Leung's claim file unless
4  otherwise indicated. The documents referenced in this declaration reflect
5  occurrences and events which transpired through the administration, maintenance,
6  and processing of matters related to Leung's disability claim. I have knowledge of
7  the information contained herein and, if called as a witness, I could and would
8  testify competently thereto.

The Policies

2.    Unum issued five disability policies to Leung between 1982 and 1986 as follows: LAN661286 (5/5/82 effective date), LAD016015 (5/11/87 effective date), LAN780636 (5/5/90 effective date), LAN782020 (5/5/93 effective date) and LAN782990 (5/5/96 effective date).  Attached as Exhibit "1" is a true copy of Policy No. LAN661286.  Attached as Exhibit "2" is a true copy of Policy No. LAD016015.  Attached as Exhibit "3" is a true copy of Policy No. LAN780636. Attached as Exhibit "4" is true copy of Policy No. LAN782020.  Attached as Exhibit "5" is a true copy of Policy No. LAN782990.

The Initial Disability Claim Approval

3.    In May of 2020, shortly before his 65th birthday, Leung submitted a disability claim to Unum asserting that lumbar and cervical problems caused by accidents prevented him from continuing to work as an ophthalmologist.  The claim was supported with an attending physician statement (APS) from his pain management specialist, Michael Moon, M.D..  Attached as Exhibit "6" is a true copy of Leung's initial claim forms, which included his individual disability claim form, his authorizations, the Attending Physician Statement from Michael Moon, M.D., dated June 17, 2020, Leung's narrative statement, and photos.

4. In his narrative statement, Leung asserted his lumbar problems arose from a 1982 accident during his medical residency at a Veteran's Administration hospital in San Diego. Specifically, Leung reported he herniated a disc at L4-L5 while helping lift an obese patient out of bed. He underwent an L5-S1 laminectomy the following year which he attributed to the disc herniation. Additionally, Leung asserted that he had also herniated a disc at C5-C6 because of a rowing machine accident while he was rehabilitating his back in 1993. As a result, Leung reported he underwent a C5-C6 cervical fusion in 2004.

5. On June 30, 2020, Unum conducted a phone call with Leung to obtain information about his disability claim. Attached as Exhibit "7" is a true copy of the claim notes documenting this call.

6. On July 7, 2020, Unum wrote to Leung regarding the June 30, 2020 phone call and to provide initial information regarding his claim. Attached as Exhibit "8" is a true copy of Unum's July 7, 2020 letter.

7. Unum proceeded to obtain medical records from Dr. Moon. Following a nursing review and vocational assessment, Unum approved Leung's disability claim on August 27, 2020. However, Unum deferred the etiology determination until it had more information about his original injuries. Attached as Exhibit "9" is a true copy of Unum's letter to Leung approving his disability claim and explaining that the etiology remained unclear.

8. Unum's August 27, 2020 letter contained a typographical error in one part of the letter stating his total disability was due to sickness. Responding to Leung's inquiry, Unum sent Leung a letter on September 21, 2020, apologizing for the typographical error and clarifying that its evaluation of the etiology of his claim remained ongoing. Attached as Exhibit "10" is a true copy of Unum's September 21, 2020 letter to Leung regarding this clarification.

1  9. Unum sought documents from Leung regarding his worker's
2 compensation claim. On October 20, 2020, Leung provided medical and diagnostic
3 records associated with the worker's compensation action and original injuries. This
4 included over five hundred pages of medical records, including records from his
5 treating physicians and radiological studies pertaining to the lumbar and cervical
6 spine from March 15, 1985, to June 8, 2020. Attached as Exhibit "11" is a true
7 copy of the October 19, 2020 claim note regarding Unum's request for documents
8 from Leung. Attached as Exhibit "12" is a true copy of Leung's letter to Unum,
9 dated October 20, 2020, enclosing medical records, including from his worker's
10 compensation claim.

The Medical Reviews as To Etiology

13  10. Following a phone call with Leung to discuss the etiology of his claim,
14 Unum obtained a clinical summary of the records by a registered nurse. That was
15 followed with an orthopedic review by an onsite physician (OSP), Dr. Philip Lahey,
16 in November of 2020. Dr. Lahey concluded that Leung's disability was due to
17 diffuse degenerative disc disease. While the 1982 and 1993 injuries may have
18 played a role in cervical and lumbar problems that lead to Leung's disability claim in
19 2020, he found that the primary reason Leung could no longer work was an
20 aging/disease process. Attached as Exhibit "13" is a true copy of Dr. Lahey's On-
21 Site Physician ("OSP") review, dated November 11, 2020.
22  11. Dr. Lahey twice tried to contact Dr. Moon to discuss his conclusion but
23 received no call back. He then sent a letter to Dr. Moon on November 13, 2020,
24 stating his position as to the cause of the disability and requested a response.
25 Attached as Exhibit "14" is a true copy of Dr. Lahey's letter to Dr. Moon.

1       12.    Dr. Moon did not respond to the letter by the requested deadline. The
2 file was then referred to Dane Street for a designated medical officer (DMO) for a
3 second opinion. The DMO review was assigned to orthopedist Dr. Steven Milos of
4 Dane Street. On December 7, 2020, Dr. Milos concurred with Dr. Lahey's opinion
5 stating that it would be "unreasonable to conclude that the L4-5 disc herniations
6 caused the diffuse process that led to the current restrictions and limitations."
7 Attached as Exhibit "15" is a true copy of Dr. Milos's Designated Medical Officer
8 (DMO) Review Response, dated December 7, 2020.

9       13.    On February 16, 2021, Dr. Moon finally sent Unum a response. He
10 opined that Leung's lumbar injury site had degenerated due to the development of
11 adjacent segment disc disease. He felt adjacent segment disc disease was also the
12 reason for his cervical problems. Attached as Exhibit "16" is a true copy of Dr.
13 Moon's letter, dated February 16, 2021.

14       14.    Following Dr. Moon's letter, the file was again sent back to Dr. Lahey
15 and Dr. Milos for review. In February of 2021, Dr. Lahey opined that although
16 adjacent segment disc disease might have played a role, the primary cause of
17 Leung's problems was degenerative disc disease. Leung was also able to work full
18 time for almost 40 years until the degeneration became so severe that it prevented
19 him from performing the demands of his occupation. Dr. Lahey also noted that the
20 congenital issues that were found in Leung's 1982 CT scan also likely contributed to
21 his ongoing problems. Attached as Exhibit "17" is a true copy of Dr. Lahey's
22 Addendum, dated February 20, 2021.

23       15.    Following his review, the file was sent to Dr. Milos who concurred that
24 Leung's neck and back issues were due to degenerative disc disease and not
25 accidents. Attached as Exhibit "18" is a true copy of Dr. Milo's Designated
26 Medical Officer (DMO) Review Response, dated February 23, 2021.

27
28

Unum's Determination That the Disability Was Due to a Sickness

16. On March 19, 2021, the Unum claims person reviewed the medical opinions and recommended that the claim be determined to be a based on a sickness, limiting Leung's benefits to 24 months under the policies. On March 24, 2021, Lead Benefit Specialist Adam Stimson agreed with the decision. Attached as Exhibit "19" are true copies of claim notes reflecting this activity.

17. On March 24, 2021, Unum wrote to Leung and informed him that his disability was deemed to have been the result of a sickness. The letter noted that the Unum reviewing physicians had determined that the progression of his symptoms, as documented in the record and MRIs, was consistent with degenerative disc disease. The letter also offered him the right to appeal the decision. Attached as Exhibit "20" is a true copy of Unum's March 24, 2021 letter advising of its claim decision.

Leung's Initial Appeal

18. Leung appealed Unum's decision on April 8, 2021. On May 14, 2021, Unum acknowledged the appeal and sent the file out to be reviewed through a third party-vendor to be chosen by Dane Street. Attached as Exhibit "21" is a true copy of Leung's letter (without enclosures), dated April 8, 2021.

19. Dane Street sent the medical file claim to neuro-surgeon Marvin Friedlander, M.D. In his eight-page report, Dr. Friedlander opined that Leung's current impairing lumbar condition was progressive degenerative changes at L3/L4 and L4/L5 and found no significant relationship between the disc herniation 40 years ago and current problems. He further opined that MRI findings did not follow the pattern of adjacent segment disease as the disc at L3-L4 degenerated much faster than L4-L5. He reached a similar conclusion with respect to the cervical spine, stating that it was very unlikely that adjacent segment disease would have occurred in the pattern reflected in Leung's cervical MRI scans. He thus concluded that with

1 reasonable medical certainty, there was no significant contribution from either the
2 1982 injury/surgery or the 1993 surgery to the current impairing conditions.
3 Attached as Exhibit "22" is a true copy of Dr. Friedlander's Paper Independent
4 Medical Exam (IME) Review Response, dated May 28, 2021.

5   20. On June 16, 2021, Leung wrote to Unum about the status of his claim.
6 Leung stated: "I think you can understand the stress this is causing me.  I have not
7 worked in over a year and the uncertainty of my financial future hinges upon
8 Unum."  Attached as Exhibit "23" is a true copy of Leung's letter, dated June 16,
9 2021.

10   21. On June 16, 2021, Unum issued its decision as to the etiology of the
11 disability upholding its original decision that the disability was due to a sickness.
12 Attached as Exhibit "24" is a true copy of Unum's June 16, 2021 letter.

14 The Second Appeal

15   22. On September 2, 2021, Leung re-appealed the decision and submitted a
16 two-page report from the neurosurgeon who performed the cervical spine surgery,
17 Dr. Richard Ostrup.  With respect to Leung's cervical spine issues, Dr. Ostrup
18 opined that although he "suspected genetics were playing a significant role," he also
19 felt there was a "component" of adjacent segment disease based on Leung's self-
20 reports.  With respect to his lumbar spine (which he was not involved with as a
21 treater), Dr. Ostrup detailed Leung's 40-year history and felt that a large part of his
22 ongoing back pain was the result of his lumbar surgery assuming Leung was an
23 accurate historian.  He thus added the caveat that his opinion was "in light of history
24 (provided by Leung) of 40 years of back pain."   Attached as Exhibit "25" is a true
25 copy of Leung's letter, dated September 2, 2021, enclosing Dr. Ostrup's letter dated
26 July 30, 2021.

23. Unum obtained a supplemental review from Dr. Friedlander who stood by his original opinion. He opined that the MRI findings of the cervical and lumbar spine were consistent with degenerative disc disease. Attached as Exhibit "26" is a true copy of Dr. Friedlander's Paper Independent Medical Exam (IME) Review Response, dated September 16, 2021.

24. Following its investigation and review, Unum denied Plaintiff's second appeal and on September 23, 2021, sent a letter to Leung communicating its decision. Attached as Exhibit "27" is a true copy of Unum's letter, dated September 23, 2021.

Leung Asks About Returning to Work

25. On January 4, 2022, Leung called Unum, wanting to know if he returned to work 1 day a week, what impact it would have on his claim. He stated that he would be working in his previous position and that he would be seeing his physician to see if it was possible. Leung claimed that he was "dying to get back to work." On January 20, 2022, Unum followed up with Leung regarding his return-to-work inquiry. Leung reported that his doctor will not allow him to try and work one day a week. He reported having a recent flare up, MRIs, and a surgical consult. Attached as Exhibit "28" are true copies of claim notes regarding Leung's return-to-work inquiry.

26. On February 17, 2022, Leung wrote to Unum requesting another appeal of his claim, enclosing new MRI scans performed on December 15, 2021. Unum responded by letter, dated February 18, 2022. Attached as Exhibit "29" is a true copy of Leung's February 17, 2022 letter. Attached as Exhibit "30" is a true copy of Unum's response, dated February 18, 2022.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

LA #4860-0478-1169 v1

8

Case No. 3:22-cv-00767-W-JLB
DECLARATION OF SHANNON CARTIER

27. Unum has paid the maximum benefit amount under the Policies based on an illness. Attached as Exhibit "33" is a true copy of a spreadsheet recently prepared by Unum of the monthly payments that Unum has made to Leung under the Policies. (This document is not part of the claim file.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of July, 2023, at Worcester, Commonwealth of Massachusetts.

*Shannon Cartier*
Shannon Cartier (Jul 21, 2023 11:45 EDT)

Shannon Cartier

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

LA #4860-0478-1169 v1

9

Case No. 3:22-cv-00767-W-JLB
DECLARATION OF SHANNON CARTIER