UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. LEUNG, MD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.:  22-CV-00767 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFF'S SUMMARY JUDGMENT MOTION [DOC. 61]** |

　　　Pending before the Court is a joint motion to continue the hearing date on Plaintiff's summary-judgment motion to the same date as Defendant's summary-judgment motion. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 61]. Plaintiff's summary-judgment motion hearing date is **September 18, 2023**.[1] Upon conclusion of the above briefing on the parties' cross motions for summary judgment, the matter shall be deemed under submission.  There shall be no oral argument.  See Civ.L.R. 7.1d1.

　　　**IT IS SO ORDERED**.

Dated:  August 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The joint motion also requests a continuance of the expert-discovery deadline, which will be decided by the Magistrate Judge.

1

22-CV-00767 W (JLB)